AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| In re: Application of Hulley Enterprises Ltd., et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 18-mc-00435 (GBD) |
| | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

White & Case LLP and Hugh Verrier.

Date: 09/24/2018

s/Richard J. Holwell
*Attorney's signature*

Richard J. Holwell RH5098
*Printed name and bar number*

Holwell Shuster & Goldberg LLP
425 Lexington Avenue, 14th Floor
New York, NY 10017
*Address*

rholwell@hsgllp.com
*E-mail address*

(646) 837-5151
*Telephone number*

(646) 837-5150
*FAX number*